**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

**WILLIAM P TURNER**                                                                    **PLAINTIFF**

**V.**                                                                    **NO.  1:09CV106-P-D**

**LEE COUNTY SHERIFF'S DEPARTMENT, et al.**                              **DEFENDANTS**

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated December 8, 2009, was on that date duly served by mail upon Plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party.  The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court.  Therefore, it is

**ORDERED:**

1) the Report and Recommendation (docket entry 23) of the United States Magistrate Judge dated December 8, 2009, is hereby APPROVED and ADOPTED as the opinion of the court;

2) Defendant Lee County Sheriff's Department is DISMISSED; and

3) This matter shall proceed as to the remaining Defendants.

THIS the 19th day of January, 2010

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE